42,161-01,-02,-03

JAMES B. RIEMER / 1854097
Bill Clements Unit
9601 Spur 591
Amarillo, TX 79107

12/16/14

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308, Capital Station
Austin, TX 78711

RE: Memorandum and writ of Habeas Corpus. Nos. F-2011-2619-E·WHC1, F-2011-2620-E·WHC1, F-2011-2621-E·WHC1.

    In advance, I thank you for your time. I know your extremely busy. To the point — would you please send me a copy of my recent submission of my habeas corpus, 11.07. I am indigent and making a second submission to get in compliance with Court of Criminal Appeals of Texas who on 10/23/14 returned my 11.07 without written order for non-compliance (exceeding the two pages allowed for each ground for relief and supporting facts). Thank you again, I am sincerely grateful.

                    Respectfully,

                    James Riemer
                    JAMES B. RIEMER
                    1854097/B.C. Unit
                    Amarillo, TX 79107

P.S.
Note! Original and exhibits were retained by CCA.